## United States District Court
## Violation Notice

**CVB Location Code:** OS60

**Violation Number:** F08T007C
**Officer Name:** Mercer
**Officer No.:** 2522

F08T007C

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/31/2025 16:48
**Offense Charged:** FED 36CFR261.54D

**Place of Offense:** Town highway 190

**Offense Description: Factual Basis for Charge**
operate motor vehicle with out a drivers license.

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Woolever
**First Name:** Danny
**M.I.:** L

**Street Address:**

**City:** 
**State:** 
**Zip Code:** 
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:** 
**CDL:** ☐
**D.L. State:** 
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE
**VIN:** 2GTEK19T421322053    **CMV** ☐

**Tag No.:** 
**State:** OH
**Year:** 2002
**Make/Model:** GMC/SIERRA
**PASS** ☐
**Color:** DBL

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 150.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 180.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 85 Marconi Boulevard, Columbus, Ohio 43215
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F08T007C

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  08/31/2025  while exercising my duties as a law enforcement officer in the  Southern  District of  OH

Pursuant to 16USC 551: On August 31, 2025, while exercising my duties as Law Enforcement Officer, I (U.S. Forest Service Law Enforcement Officer Lamar Mercer #2522) was on uniformed patrol in a marked police vehicle, within the boundaries of the Wayne National Forest, Athens Ranger District, Perry County, in the Southern District of Ohio.

At approximately 1648 hr., while patrolling Town Highway 190 I observed a disabled motorist parked on the side of the road. A dark blue 2002 GMC Sierra truck (VIN: 2GTEK19T421322053) was also present and the operator advised he was traveling with the disabled motorist. The Sierra did not display a license plate. The operator of the Sierra identified himself as Danny L. M. WOOLEVER (DOB: 3/12/1971) by his Ohio ID card RK556740. WOOLEVER stated he recently purchased the truck and had not yet registered it in his name. WOOLEVER admitted his drivers license was suspended. A record check showed the vehicle was still currently registered under the previous owner and WOOLEVER's drivers license was suspended.

WOOLEVER was issued a violation notice for 36 CFR 26154D: operate motor vehicle on roadway against state law- operate motor vehicle with a suspended drivers license (ORC:4510.11) and issued a warning for 36 CFR 26154D: operate motor vehicle on roadway against state law-failure to display license plate (ORC:4503.21).

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  08/31/2025   *Lamar Mercer*
Date (mm/dd/yyyy)  Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident